**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NAT'L TRUST CO., § <br> as Trustee of the Residential Asset § <br> Securitization Trust 2007-A8, Mortgage § <br> Pass-Through Certificates, Series 2007-H § <br> under the Pooling and Servicing § <br> Agreement dated June 1, 2007, § <br> Petitioner, § <br> § <br> v. § <br> § <br> JOHN BURKE AND JOANNA BURKE, § <br> Defendants. § | CIVIL ACTION NO: H-11-1658 |

## FINAL DECLARATORY JUDGMENT

Judgment is rendered in favor of defendants John and Joanna Burke against plaintiff Deutsche Bank National Trust Co., as Trustee of the Residential Asset Securitization Trust 2007-A8, Mortgage Pass-Through Certificates, Series 2007-H under the Pooling and Servicing Agreement dated June 1, 2007 ("Deutsche Bank"). It is hereby ORDERED, ADJUDGED, and DECREED that neither Deutsche Bank nor any mortgage servicer acting on its behalf has the right to foreclose on the Burkes' residence at 46 Kingwood Greens Drive, Kingwood, Texas. It is further ORDERED, ADJUDGED, and DECREED that at no time has Deutsche Bank possessed any right, title, or interest in the Burkes' note and security interest on this property executed on May 21, 2007.

Signed at Houston, Texas on December 21, 2017.

_____
Stephen Wm Smith
United States Magistrate Judge